IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEISURE KINGDOM, INC.                                                                    PLAINTIFF

vs.                                              NO.    07-5135

WAL-MART STORES, INC., WAL-MART                                                          DEFENDANTS
STORES EAST, LP; WAL-MART STORES
TEXAS, LP; SAM'S WEST, INC.; SAM'S
EAST, INC. AND DOES 1-100

## RULE 26(f) REPORT

The Parties, by their respective attorneys, jointly submit the following Report pursuant to Rule 26(f) of the Federal Rules of Civil Procedure:

1. *Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).*

    Yes.

2. *Date when mandatory disclosures were or will be made.*

    September 8, 2008.

3. *Subjects on which discovery may be needed.*

    Liability and damages.

4. *Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.*

    Yes.

    *If so:*

    (a) *whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business;*

    Yes.

1

    (b)    *the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business;*

    The parties do not anticipate any such costs.

    (c)    *the format and media agreed to by the parties for the production of such Data as well as agreed procedure for such production;*

    The parties agree that all information, e-mails, and other documents and materials embodied or contained in electronic or computer–based media which are required to be produced or exchanged in this matter will be produced or exchanged in paper copy form where practical. Disclosures of designs and voluminous materials may be made in PDF format on CDs.

    (d)    *whether reasonable measure have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise;*

    Yes.

    (e)    *other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.*

    None.

    5.    *Date by which discovery should be completed.*

    December 2, 2008.

    6.    *Any needed changes in limitations imposed by the Federal Rules of Civil Procedure.*

    None.

    7.    *Any Orders, e.g. protective orders, which should be entered.*

    If the parties have proprietary information which they seek to protect, a request

for protective order will be made.

8. *Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action.*

None.

9. *Any objections to the proposed trial date.*

None.

10. *Proposed deadline for joining other parties and amending the pleadings.*

November 31, 2008.

11. *Proposed deadline for completing discovery.*

December 2, 2008.

12. *Proposed deadline for filing motions other than motions for class certification.*

December 31, 2008.

Respectfully submitted,

MITCHELL, WILLIAMS, SELIG
GATES & WOODYARD, P.L.L.C.
5414 Pinnacle Point Drive, Suite 500
Rogers, AR 72758
(479) 464-5650

By ___/s/  Marshall S. Ney_____
   Marshall S. Ney, Ark. Bar No. 91108
   Jenny T. Garrett, Ark. Bar No. 2008034

and

Hodson Law Firm
P.O. Box 1305
Fayetteville, AR 72702

By___/s/  Michael S. Hodson_____
   Michael S. Hodson

## **CERTIFICATE OF SERVICE**

I, Marshall S. Ney, hereby certify that on August 22, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following:

Mr. Michael S. Hodson
Hodson Law Firm
P.O. Box 1305
Fayetteville, AR  72702
*Attorney for Plaintiff*

                                                  /s/   Marshall S. Ney
                                            Marshall S. Ney