```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                FAYETTEVILLE DIVISION
```

LEISURE KINGDOM, INC.                                PLAINTIFF

vs.                          No. 07CV5135

WAL-MART STORES, INC., *et al*                       DEFENDANTS

## O R D E R

NOW on this 12th day of December, 2008, there comes on for consideration the above-styled cause. IT APPEARING to the court that the matter has been settled, the parties having so advised, it is ORDERED that Plaintiff's Complaint be dismissed with prejudice, subject to the terms of the settlement agreement.

If any party desires to make the terms of settlement a part of the record herein, those terms should be reduced to writing and filed with the court within thirty (30) days from the file date of this order. The court retains jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this court to enforce the settlement agreement specifically.

/s/ Robert T. Dawson
**HONORABLE ROBERT T. DAWSON**
**UNITED STATES DISTRICT JUDGE**

AO72A
(Rev. 8/82)